UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 08-49-DLB-CJS-8

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

WILLIE STOKES                                                                          DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge, wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of fourteen (14) months incarceration, with a term of supervised release to follow that would terminate on December 18, 2021. (Doc. # 434). During the final revocation hearing conducted by Magistrate Judge Candace J. Smith on April 13, 2015, Defendant admitted to violating the terms of his supervised release, as set forth in the March 20, 2015 Violation Report of U.S. Probation Officer Stacey M. Suter. (Doc. # 429).

Defendant having filed a notice with the Court, thereby waiving his right to allocution and stating that he has no objections to the R&R (Doc. # 435), the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 434) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a term of **FOURTEEN (14) MONTHS**, with **credit given for time served** since his detention on the charged violations, and with a term of supervised release to follow that would terminate on December 18, 2021, during which time Defendant shall remain subject to the same conditions previously imposed, including substance abuse and mental health treatment, and the additional condition that Defendant be placed in an inpatient treatment program as directed by the Probation Office to begin immediately upon his release from imprisonment; and

(5) A Judgment shall be entered contemporaneously herewith.

This 1st day of June, 2015.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2008\08-49-8 Order Adopting R&R re SRV.wpd